# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFOCUS DOWNHOLE SOLUTIONS USA LLC, § § § *Plaintiff*, § § v. § § FULL-METAL-POWER B.V., AARON § BAXTER, AND HANS-HENK § WOLTERS, § § *Defendants*. § | CASE NO. 2:24-CV-00875-JRG-RSP |

## ORDER

Full-Metal-Power B.V., Aaron Baxter, and Hans-Henk Wolters (collectively, "Defendants") previously filed a Motion to Dismiss for Improper Venue ("Motion") (Dkt. No. 10.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 35), recommending denial of Defendants' Motion. Defendant Aaron Baxter ("Baxter") has now filed Objections (Dkt. No. 38).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Baxter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Baxter's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 10) is **DENIED**.

So ORDERED and SIGNED this 19th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE